The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PUBLIC HOSPITAL DISTRICT NO. 1 OF SNOHOMISH COUNTY, dba EVERGREENHEALTH MONROE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILTY INSURANCE COMPANY,<br><br>Defendant. | NO. 2:21-cv-00309-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS |

The Court has considered the parties' Stipulated Motion to Stay Proceedings in this action, and for good cause shown,

IT IS HEREBY ORDERED that this action, including all deadlines in the Court's ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT (Dkt. 6) are hereby stayed and continued consistent with the table below:

ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS - 1
No. 2:21-cv-00309-RSL

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | May 3, 2021 | September 3, 2021 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | May 10, 2021 | September 9, 2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | May 17, 2021 | September 16, 2021 |
| Defendant's Answer | June 12, 2021 | August 20, 2021 |

DATED this **3rd** day of **May**, 2021.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff EvergreenHealth Monroe

By: *s/ Greg D. Pendleton*
Dale L. Kingman, WSBA #07060
Greg D. Pendleton, WSBA #38361
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
dkingman@gordontilden.com
gpendleton@gordontilden.com

**LANE POWELL PC**
Attorneys for Defendant American Guarantee and
Liability Insurance Company

By: *s/ David M. Schoeggl*
David M. Schoeggl, WSBA #13638
1420 5th Avenue, Suite 4200
Seattle, WA 98101
206-223-7000
schoeggld@lanepowell.com

ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS - 2
No. 2:21-cv-00309-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477